An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES MICHAEL TARTISEL,
Appellant,
vs.
SAMANTHA R. TARTISEL N/K/A
SAMANTHA R. BLACKFORD,
Respondent.

No. 66050

**FILED**

JUL 28 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a district court order scheduling a hearing on various motions in a child custody matter. First Judicial District Court, Carson City; James Todd Russell, Judge.

Our review of the documents before this court reveals a jurisdictional defect. Specifically, appellant seeks to challenge the district court's scheduling of a hearing on various motions that he filed in the underlying case, but no statute or court rule authorizes an appeal from such an order. As a result, the challenged order is not substantively appealable, *see* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984), and we therefore lack jurisdiction over this appeal. Accordingly, we dismiss this appeal and, in light of this determination, we deny as moot all requests for relief currently pending in this matter.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-24494

Further, because we dismiss this appeal, appellant need not file the civil proper person appeal statement or transcript request form mailed to him on July 18, 2014.

It is so ORDERED.

_____Pickering_____, J.
Pickering

_____Parraguirre_____, J.
Parraguirre

_____Saitta_____, J.
Saitta

cc:    Hon. James Todd Russell, District Judge
       James Michael Tartisel
       Samantha R. Blackford
       Samantha R. Tartisel
       Carson City Clerk